Name: Fernando Gastelum
Address: 209 W. 9th Street, Casa Grande, AZ 85122
Telephone Number: 520-560-0927
Email: fernandog8899@gmail.com
*Pro se*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| FERNANDO GASTELUM, <br><br> Plaintiff, <br><br> vs. <br><br> IMPERIAL EPL, LLC <br><br> Defendant. | Case No.: 3:25-cv-00635-JES-JLB <br><br> NOTICE OF DISMISSAL WITH PREJUDICE |

PLEASE TAKE NOTICE that Plaintiff dismisses the above cause with prejudice.

RESPECTFULLY SUBMITTED this 23rd day of April 2025.

> *Fernando Gastelum*
> Fernando Gastelum
> Pro Se

1